IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LEE TAYLOR and PAMELA TAYLOR,

Plaintiffs,

v.

JEPPESEN DATAPLAN, INC., et al.,

Defendants.

NO. C10-1920 TEH

ORDER OF REFERRAL

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Saundra Brown Armstrong to consider whether it is related to *Taylor v. Honeywell International, Inc.*, Case No. C09-4947 SBA.

**IT IS SO ORDERED.**

Dated: 06/22/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT