1  Brien F. McMahon, Bar No. 66809
   BMcMahon@perkinscoie.com
2  Richard S. Chon, Bar No. 197541
   RChon@perkinscoie.com
3  **Perkins Coie LLP**
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone: 415.344.7000
5  Facsimile:  415.344.7288

6  Attorneys for Defendants
   Jeppesen DataPlan, Inc. and
7  Jeppesen Sanderson, Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARK LEE TAYLOR and          | Case No. CV-10-01920 SBA
   | PAMELA TAYLOR,               |
12 |                              | ORDER RE STIPULATION OF DISMISSAL
   |           Plaintiffs,        | WITH PREJUDICE OF ALL CLAIMS
13 |                              | AGAINST DEFENDANT JEPPESEN
   |    v.                        | DATAPLAN, INC.
14 |                              |
   | JEPPESEN DATAPLAN, INC.,     |
15 | JEPPESEN SANDERSON, INC., and|
   | DOES 1-100,                  |
16 |                              |
   |           Defendants.        |
17

18

19    The Court having reviewed the parties' Stipulation of Dismissal with prejudice of all

20 Claims Against Defendant Jeppesen DataPlan, Inc. ("DataPlan") and the Court being fully

21 advised in the premises,

22    IT IS ORDERED, ADJUDGED and DECREED that all claims asserted in the above-

23 captioned action against Defendant DataPlan are dismissed with prejudice.  Each side shall bear

24 its own costs and attorneys' fees.

25          11/30/10                    _____
                                        THE HONORABLE SAUNDRA B. ARMSTRONG
26                                      United States District Court

27

28

ORDER RE STIPULATION OF DISMISSAL
WITH PREJUDICE—JEPPESEN DATAPLAN,        -1-              CASE NO. CV-10-01920 SBA
INC.