RECEIVED
NOV 22 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK LEE TAYLOR and
PAMELA TAYLOR,

    Plaintiff,

v.

JEPPESEN DATAPLAN, INC.,
JEPPESEN SANDERSON, INC., and

    Defendant.

CASE NO. CV-10-01920 SBA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Richard C. Coyle, whose business address and telephone number is

Perkins Coie LLP, 1201 Third Ave, Suite 4800
Seattle, WA 98101
(206) 359-8418

and who is an active member in good standing of the bar of Washington State

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing JEPPESEN SANDERSON, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-30-10

/s/ SAUNDRA B. ARMSTRONG
United States District Judge