Brien F. McMahon, Bar No. 66809
BMcMahon@perkinscoie.com
Richard S. Chon, Bar No. 197541
RChon@perkinscoie.com
**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7288

Richard C. Coyle (Admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, #4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant
Jeppesen Sanderson, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>JEPPESEN DATAPLAN, INC., JEPPESEN SANDERSON, INC., and DOES 1-100,<br><br>Defendants. | Case No. CV-10-01920 SBA<br><br>Related to:<br>C 09-4947 SBA (closed)<br>CV-10-04659-SBA<br><br>**AGREEMENT OF JEPPESEN SANDERSON RE: STIPULATED PROTECTIVE ORDER** |

Defendant Jeppesen Sanderson, Inc., by and through its counsel of record, agrees to comply with and to be bound by all the terms of the Stipulated Protective Order agreed upon by and between plaintiffs Mark Lee Taylor and Pamela Taylor and defendant Honeywell International, Inc. and entered on or about September 8, 2010 by the Honorable Charlotte Walter Woolard in the matter of *Taylor v. Honeywell International, Inc.*, Superior Court of the State of California, County San Francisco case number CGC-09-491836, which matter has now been

Agreement of Jeppesen Sanderson re: Stipulated Protective Order                -1-                CASE NO. CV-10-01920 SBA

removed to, and is pending in, this Court as Case No. 10-cv-04659-SBA.  The Stipulated Protective Order is attached herein as Exhibit A.

DATED:  December 16, 2010

**PERKINS COIE LLP**

By: /s/ Brien F. McMahon
Brien F. McMahon, Bar No. 66809
BMcmahon@perkinscoie.com
Richard S. Chon, Bar No. 197541
RChon@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131

Richard C. Coyle (Admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, #4800
Seattle, WA  98101-3099

Attorneys for Defendant
JEPPESEN SANDERSON, INC

01038-8089/LEGAL19756714.1

Dated: Dec. 17, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Agreement of Jeppesen Sanderson re: Stipulated Protective Order

-2-

CASE NO. CV-10-01920 SBA