WILLIAM L. VEEN, NO. 043150
KEVIN LANCASTER, NO. 124753
KIMBERLY A. WONG, NO. 251193
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
KL.Team@veenfirm.com

ATTORNEYS FOR PLAINTIFFS
MARK LEE TAYLOR AND PAMELA TAYLOR

FILED

FEB 18 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>JEPPESEN DATAPLAN, INC., JEPPESEN SANDERSON, INC. and DOES 1-100,<br><br>Defendants. | CASE NO. 4:10-cv-01920 SBA<br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES |
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC. and DOES 1-100,<br><br>Defendants. | CASE NO. 10-CV-04659-SBA |

Plaintiffs Mark Lee Taylor and Pamela Taylor (collectively, "Plaintiffs"), and defendants Jeppesen Sanderson, Inc. and Honeywell International, Inc. (collectively, "Defendants") by and

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES

1  through their respective counsel enter this stipulation.

2  WHEREAS, *Mark Lee Taylor and Pamela Taylor v. Jeppesen DataPlan, Inc., et al.*, 10-CV-01920
3  SBA is an action seeking damages for injuries to the Taylors arising out of an incident on January 15,
4  2008.

5  WHEREAS, *Mark Lee Taylor and Pamela Taylor v. Honeywell International, Inc., et al.*, 10-CV-
6  04659-SBA is an action seeking damages for injuries to the Taylors arising out of the same January
7  15, 2008 incident at issue in the *Jeppesen* case.

8  WHEREAS, *Mark Lee Taylor and Pamela Taylor v. Jeppesen DataPlan, Inc., et al.*, 10-CV-01920
9  SBA is an action seeking damages for injuries to the Taylors arising out of the same January 15, 2008
10 incident that is at issue in the *Honeywell* case.

11 WHEREAS, both cases involve common questions of law and fact as they arise out of the
12 same incident. The parties believe that consolidation of the two cases will avoid inconsistent results
13 and unnecessary cost, delay, confusion, duplication of evidence, and waste of judicial resources.

14

15 IT IS STIPULATED by the parties that:

16 1.  Pursuant to Federal Rule of Civil Procedure 42(a), *Mark Lee Taylor and Pamela Taylor v. Jeppesen*
17 *DataPlan, Inc., et al.* and *Mark Lee Taylor and Pamela Taylor v. Honeywell International, Inc., et al.*, 10-CV-
18 04659-SBA shall be consolidated for all purposes into one action.

19 2.  *Mark Lee Taylor and Pamela Taylor v. Honeywell International, Inc., et al.*, 10-CV-04659-SBA shall
20 be considered the lead case. Although the *Honeywell* case is the higher numbered case, and the parties
21 are aware that it is the court's policy to use the lower numbered case as the lead case for purposes of
22 administration and reference, the parties believe it would be preferable to refer to the *Honeywell*
23 action as the lead case. All future filings shall be in 10-CV-04659-SBA.

24 3.  Plaintiffs shall file a consolidated complaint within 30 days of entry of an order approving
25 this stipulation. Defendants shall file a responsive pleading within 30 days of the filing of plaintiffs'
26 consolidated complaint.

27

28

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES

Dated: February 11, 2011      THE VEEN FIRM, P.C.

By: /s/ Kevin Lancaster
      Kevin Lancaster

Attorneys for Plaintiffs
MARK AND PAMELA TAYLOR

Dated: February 11, 2011      MORRISON & FOERSTER LLP

By: /s/ William D. Janicki
      William D. Janicki

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

Dated: February 11, 2011

PERKINS COIE, LLP

By: /s/ Richard Coyle
      Richard Coyle
      *Pro hac vice*

Attorneys for Defendant
JEPPESEN SANDERSON, INC.

**ATTESTATION OF E-FILED SIGNATURES**

I, Kevin Lancaster, am the ECF User whose Id and password are being used to file this Joint Case Management Statement and Proposed Order. In compliance with General Order 45, X, B., I hereby attest that William D. Janicki and Richard Coyle have concurred in this filing.

DATED: February 11, 2011      THE VEEN FIRM, P.C.

/s/Kevin Lancaster
Kevin Lancaster
Attorneys for Plaintiffs
MARK LEE TAYLOR and PAMELA TAYLOR

248537_1.doc

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-3-

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES

## [PROPOSED] ORDER

Having considered the above stipulation and good cause appearing, IT IS SO ORDERED.

Dated: 2/17/11

By: *Saundra B Armstrong*

The Honorable Saundra B. Armstrong
U.S. District Court, Northern District of California

-4-
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-4-

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES