1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR, | Case No. 10-cv-04659 SBA |
| Plaintiffs, | Consolidated with<br>Case No. 10-cv-01920 SBA |
| v. | **ORDER GRANTING ADMINISTRATIVE JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE** |
| HONEYWELL INTERNATIONAL INC., and DOES 1-100, | |
| Defendants. | |
| | Hon. Saundra B. Armstrong |
| MARK LEE TAYLOR and PAMELA TAYLOR, | |
| Plaintiffs, | |
| v. | |
| JEPPESEN DATAPLAN, INC., JEPPESEN SANDERSON, INC. and DOES 1-100, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE
Case No. 10-cv-04659 SBA
sd-577109

On February 23, 2011, the Court issued an Order for Pretrial Preparation ordering the parties to participate in a mandatory settlement conference between January 25 and February 10, 2012, before a magistrate judge. (Dkt. 35 at 2.)  On April 18, 2011, Chief Magistrate Judge Maria-Elena-James scheduled a settlement conference to take place in her chambers on January 27, 2012 at 10:00 a.m.

The parties have arranged to participate in a private mediation with the Honorable Russell Bostrom, Judicate West, One Market Spear Tower, Suite 3600, San Francisco, California, 94105. In light of the private mediation, plaintiffs Mark and Pamela Taylor and defendant Honeywell International Inc. jointly requested that the Court vacate the January 27, 2012 mandatory settlement conference before Chief Magistrate Judge James.

IT IS HEREBY ORDERED THAT:

The administrative joint motion is GRANTED, and the mandatory settlement conference before Chief Magistrate Judge James on January 27, 2012 is VACATED.  The parties shall complete the private mediation before February 10, 2012.


Dated:  __1/10/12                                              _____
                                                                              U.S. District Court Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE
Case No. 10-cv-04659 SBA
sd-577109

1